FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

FEB 09 2010

JAMES R. LARSEN, CLERK
_____DEPUTY
YAKIMA, WASHINGTON

1  JAMES A. McDEVITT
   United States Attorney
2  THOMAS J. HANLON
   Assistant United States Attorney
3  402 E. Yakima Avenue, Suite 210
   Yakima, WA 98901-2760
4  (509) 454-4425

5              UNITED STATES DISTRICT COURT
               EASTERN DISTRICT OF WASHINGTON
6

7  UNITED STATES OF AMERICA,       )  **CR-09-0172-LRS**
                                   )
8                                  )
           Plaintiff,              )  SUPERSEDING INDICTMENT
9                                  )
                                   )
10     vs.                         )  Vios: <u>Ct. 1:</u> 21 U.S.C. § 846-
                                   )  Conspiracy to Manufacture a
11                                 )  Controlled Substance
                                   )
12                                 )  <u>Ct. 2:</u> 21 U.S.C. § 841(a)(1)-
                                   )  Manufacture of Marijuana
13 CLINTON LEE HALBERT,            )
   WRIGHT CHRISTOPHER HALBERT,     )
14                                 )  21 U.S.C. § 853
                                   )  Notice of Forfeiture
15         Defendants.             )  Allegations
                                   )
16 _____)

17
       The Grand Jury charges:
18
                    COUNT 1
19
       Beginning on a date unknown, but by at least on or about May
20
21 2, 2006, through on or about December 11, 2009, in the Eastern

22 District of Washington and elsewhere, the Defendants, CLINTON LEE

23 HALBERT, WRIGHT CHRISTOPHER HALBERT, and others, known and

24 unknown to the Grand Jury, did knowingly and intentionally

25 conspire, confederate and agree with each other and others to

26 commit the following offense against the United States, to wit:

27 to knowingly and intentionally manufacture in excess of 50

28

                              1

marijuana plants; in violation of Title 21, United States Code, Section 841(a)(1), and did aid and abet said conspiracy and agreement; all in violation of Title 21 United States Code, Section 846 and Title 18, United States Code, Section 2.

## COUNT 2

On or about December 11, 2009, in the Eastern District of Washington, the Defendants, CLINTON LEE HALBERT and WRIGHT CHRISTOPHER HALBERT, did knowingly and intentionally manufacture at least 50 marijuana plants, a Schedule I controlled substance, all in violation of Title 21, United States Code, Section 841(a)(1), and Title 18, United States Code, Section 2.

## NOTICE OF CRIMINAL FORFEITURE

The allegations contained in Count 1 of this Indictment are hereby realleged and incorporated by reference for the purpose of alleging forfeiture pursuant to Title 21 United States Code, Section 853.

Pursuant to Title 21 United States Code, Section 853, upon conviction of an offense in violation of Title 21 United States Code, Section 846, the Defendants, CLINTON LEE HALBERT, and WRIGHT CHRISTOPHER HALBERT, shall forfeit to the United States of America, any property constituting or derived from any proceeds obtained directly or indirectly as a result of the such offenses and any property used or intended to be used, in any manner or part, to commit or to facilitate the commission of the offense(s). The property to be forfeited includes, but is not limited to, the following:

1     REAL PROPERTY

2 Parcel Number 2378800, located in Stevens County, State of

3 Washington, legally described as follows:

4

5 That part of the W ½ of the NW ¼ of the SE ¼ of Section 19,

6 Township 39 North, Range 39 East, W.M., in Stevens County,

7 Washington, described as follows:

8

9 Beginning at a point on the North line of said W ½ located South

10 89°31'57" East 513.44 feet from the Northwest corner of said W ½

11 ; thence South 89°31'57" East 147.00 feet to the Northeast corner

12 of said W ½; thence South 00°10'04" East 360.00 feet along the

13 East line of said W ½; thence North 22°17'17" West 390.36 feet to

14 the Point of Beginning.

15

16 The E ½ of the NW ¼ of the SE ¼; and the E ½ of Government Lot 3

17 of Section 19, Township 39 North, Range 39 East, W.M., in Stevens

18 County, Washington.

19

20 EXCEPT that part of said Lot 3 as outlined on print of Sheet No.

21 1928, Columbia River Reservoir, Grand Coulee Dam, attached to

22 Contract recorded in Book 108 of Deeds, Page 117.

23

24 EXCEPT beginning at a point in the West line of said E ½ located

25 South 00°10'04" East 1039.50 feet from the Northwest corner of

26 said E ½; thence South 12°21'00" East 478.79 feet to the

27 Northeasterly boundary of the Columbia River Reservoir; thence

28

1  South 60°24'23" West 116.00 feet along said boundary to the West
2  line of said E ½; thence North 00°10'04" West 525.00 feet along
3  said West line to the Point of Beginning.
4
5  That part of the West 100.00 feet of Government Lot 1 of Section
6  19, Township 39 North, Range 39 East, W.M., in Stevens County,
7  Washington, described as follows:
8
9  Beginning at the Northeast corner of said Government Lot 3;
10 thence North 00°14'35" West 721.10 feet; thence North 47,°45'21"
11 East 134.56 feet; thence South 01°06'08" West 753.52 feet; thence
12 South 42°06'06" West 122.08 feet to the East line of Government
13 Lot 3; thence North 00°14'35" West 32.40 feet, more or less, to
14 the Point of Beginning.
15
16 TOGETHER WITH all appurtenances, fixtures, attachments, and
17 improvements thereto or thereupon.
18
19 SUBJECT TO any and all easements, restrictions and covenants of
20 record.
21     PERSONAL PROPERTY
22     One 1980 Case 580c Loader Backhoe, Serial Number
23     8986590, seized on or about December 11, 2009.
24
25 If any of the above-described forfeitable property, as a result
26 of any act or omission of the Defendants:
27     (a) cannot be located upon the exercise of due diligence;
28

```
 1        (b) has been transferred or sold to, or deposited with, a
 2   third party;
 3        (c) has been placed beyond the jurisdiction of the court;
 4        (d) has been substantially diminished in value; or
 5        (e) has been commingled with other property which cannot be
 6        divided without difficulty;
 7
 8   the United States of America shall be entitled to forfeiture of
 9   substitute property pursuant to Title 21, United States Code,
10   Section 853(p).
```

DATED this 9th day of February, 2010.

A TRUE BILL

JAMES A. McDEVITT
United States Attorney

*/s/ Jane Kirk*
JANE KIRK
Assistant United States Attorney

*/s/ Thomas J. Hanlon*
THOMAS J. HANLON
Assistant United States Attorney

5