JOHN P. NOLLETTE
Attorney at Law
1403 W. BROADWAY AVE.
SPOKANE, WA 99201
(509) 701-0566

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR-09-172-LRS-1 |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | DEFENDANT CLINTON HALBERT'S |
| ) | TRIAL MEMORANDUM |
| CLINTON L. HALBERT, ) | |
| ) | |
| Defendant. ) | |

To: JAMES MCDEVITT, United States Attorney

To: THOMAS HANLON, Assistant United States Attorney

COMES NOW THE DEFENDANT, Clinton Halbert, by and through his counsel, John P. Nollette, and respectfully submits his trial memorandum.

## I. FACTS

For the purpose of this memorandum, the defendant generally agrees to the outline of facts as presented in the Government's memorandum in support of its motion in liminie regarding medical marijuana and the

DEFENDANT CLINTON HALBERT'S
TRIAL MEMORANDUM- 1

JOHN P. NOLLETTE
ATTORNEY AT LAW
1403 W. Broadway Ave.
Spokane, WA 99201
Ph: (509) 701-0566
Fax: (509) 324-9029

submitted trial memorandum.

The defendant, however, disagrees with three aspects of the conclusions that the government presents.

1. The defendant should be entitled to present his theory of the case regarding any marijuana that is proved to have been grown on the defendant's property. This is a well-settled principle of the law and is so basic, that a fair trial cannot be obtained without permitting the defendant's theory to be presented to the jury. United States v. Hilda Escobar de Bright, 742 F.2d 1196 (9th Cir. 1984). Failure to present the defendant's theory of the case has been held to be reversible per se and cannot be considered to be harmless error. Id.

2. The second has to do with the conspiracy allegation. In addition to a full outline of all the facts in the case, the drug conspiracy alleged herein is a specific intent crime. It requires the government to prove that the defendant voluntarily and "intentionally" violated the law. United States v. Basey 816 F.2d 980, 1002 (5th Cir. 1987); United States v. Gomez, 776 F.2d 542, 548-49 (5th Cir. 1985). Without a presentation of what actually

DEFENDANT CLINTON HALBERT'S
TRIAL MEMORANDUM- 2

JOHN P. NOLLETTE
ATTORNEY AT LAW
1403 W. Broadway Ave.
Spokane, WA 99201
Ph: (509) 701-0566
Fax: (509) 324-9029

occurred and by whom, the defendant's theory and the requirement that the government prove specific intent would deny the defendant a fair trial.

3. The third and related aspect of why the presentation of evidence regarding the cultivation of marijuana must be presented to the jury is so that the jury can makes its decision with full knowledge of the time, place and circumstances of the acts which form the basis for the alleged crime. The jury cannot be expected to make its decision in a void. United States v. Daly, 974 F.2d 1215, 1216 (9th Cir. 1992), (quoting United States v. Moore, 735, F.2d 289, 292 (8th Cir. 1984), United States v. Steele Smith, et al, 2008 U.S. Distr. LEXIS 35734 (Order re: Plaintiff's Motion to Suppress, published)

## II. CONCLUSION

For the reasons and law stated herein, the defendant prays that the Court permit evidence demonstrating the full context and rationale of the marijuana cultivation on the defendant's property. Considering that the government is seeking to forfeit the defendant's home and property, and the other potential penalties involved in this indictment, a full explanation of the

DEFENDANT CLINTON HALBERT'S
TRIAL MEMORANDUM- 3

JOHN P. NOLLETTE
ATTORNEY AT LAW
1403 W. Broadway Ave.
Spokane, WA 99201
Ph: (509) 701-0566
Fax: (509) 324-9029

circumstances ought to be presented for defendant to receive a fair and just trial.

Dated this 24th day of June, 2010.

s/*John P. Nollette*
John P. Nollette, WSBA # 5474
Attorney for Defendant Clinton Halbert

## CERTIFICATE OF SERVICE

I hereby certify that on the 24th day of June, 2010, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System which will send notification of such filing to the following, and/or I hereby certify that I have mailed by United States postal Service the document to the following non-CM-ECF participant(s):

Thomas Hanlon
Assistant United States Attorney
402 E. Yakima Ave., Suite 210
Yakima, WA 98901

Frank Cikutovich
Attorney at Law
1403 W. Broadway Ave.
Spokane, WA 99201

s/*John P. Nollette*
JOHN P. NOLLETTE, WSBA #5474
Attorney for Defendant Clinton Halbert

DEFENDANT CLINTON HALBERT'S
TRIAL MEMORANDUM- 4

JOHN P. NOLLETTE
ATTORNEY AT LAW
*1403 W. Broadway Ave.*
*Spokane, WA 99201*
*Ph: (509) 701-0566*
*Fax: (509) 324-9029*