```
                    UNITED STATES DISTRICT COURT
                   EASTERN DISTRICT OF WASHINGTON
```

| | |
|---|---|
| UNITED STATES OF AMERICA,   )<br>                              )<br>            Plaintiff,      )<br>                              )<br>v.                            )<br>                              )<br>CLINTON HALBERT,              )<br>                              )<br>            Defendant.       )<br>_____) | No. CR-09-172-LRS-1<br><br>ORDER GRANTING UNOPPOSED<br>MOTION TO MODIFY RELEASE<br>CONDITIONS |

Before the court is the Defendant's unopposed Motion to Modify conditions of release.

**IT IS ORDERED** that the unopposed Motion **(Ct. Rec. 160)** is **GRANTED.** Defendant is removed from home detention and may have contact with his son; provided, however, Defendant shall follow any instructions given by his Pretrial Services Officer. In addition, all other conditions of release shall remain in effect.

DATED July 12, 2010.

                    S/ CYNTHIA IMBROGNO
                 UNITED STATES MAGISTRATE JUDGE

ORDER GRANTING UNOPPOSED MOTION TO MODIFY RELEASE CONDITIONS - 1