Bryan P. Whitaker
Attorney at Law
815 W. 7th Ave., Suite 303
Spokane, WA  99204
Telephone (509) 315-9947
Attorney for Nahani Berry

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　　　Plaintiff,<br><br>　vs.<br><br>WRIGHT C. HALBERT,<br><br>　　　　　　　　　　Defendant. | No. CR-09-172-LRS-2<br><br>MOTION TO CONTINUE<br>FORFEITURE HEARING DATE |

TO:  The Clerk of the Federal District Court

TO:  James A. McDevitt, United States Attorney
     Thomas Hanlon, Assistant United States Attorney

　　The Petitioner, Nahani Berry, through her Attorney Bryan P. Whitaker, moves the Court for an order continuing the current Forfeiture Hearing date for 30 days. Mr. Hanlon was contacted and the Government is not opposed to this motion. Mr. Benson was contacted and has no objection to this request either.

DATED THIS 25th day of October, 2010.

　　　　　　　　　　　　　　　　　　　　　　S/ *Bryan P. Whitaker*
　　　　　　　　　　　　　　　　　　　　　　Bryan P. Whitaker
　　　　　　　　　　　　　　　　　　　　　　Attorney for Nehani Berry

Motion for Continuance - Page 1 of 2

**CERTIFICATE OF SERVICE**

I, Bryan Whitaker, certify that a true and correct copy of the foregoing —

MOTION TO CONTINUE FORFEITURE HEARING DATE

— was sent via CM/ECF and/or mailed postage prepaid with the United States Post Office to the following:

**Assistant United States Attorney**

Thomas Hanlon — USAWAE.THanlonECF@usdoj.gov

DATED THIS 25th day of October, 2010.

S/ *Bryan P. Whitaker*
Bryan P. Whitaker
815 W. 7th Ave., Suite 303
Spokane, WA  99204
Telephone (509) 315-9947