1  Bryan P. Whitaker
   Attorney at Law
2  815 W. 7th Ave., Suite 303
   Spokane, WA  99204
3  Telephone (509) 315-9947
   Attorney for Nahani Berry

4

5

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | No. CR-09-172-LRS-2 |
| | ) | |
| vs. | ) | |
| | ) | NOTICE OF HEARING RE: |
| WRIGHT C. HALBERT, | ) | MOTION TO CONTINUE |
| | ) | FORFEITURE HEARING DATE |
| Defendant. | ) | |

TO:  The Clerk of the Federal District Court

TO:  James A. McDevitt, United States Attorney
     Thomas Hanlon, Assistant United States Attorney

   Please take notice that the Petitioner, Nahani Berry, requests the Clerk of the Court note for hearing the Motion to Continue Forfeiture Hearing Date, Without Oral Argument, on October at 6:30 pm, or as soon thereafter as the Court may hear it.

DATED THIS 25th day of October, 2010.

                                    S/ *Bryan P. Whitaker*
                                    Bryan P. Whitaker
                                    Attorney for Nahani Berry

Notice of Hearing - 1 of 2

**CERTIFICATE OF SERVICE**

I, Bryan Whitaker, certify that a true and correct copy of the foregoing —

NOTICE OF HEARING

— was sent via CM/ECF and/or mailed postage prepaid with the United States Post Office to the following:

**Assistant United States Attorney**

Thomas Hanlon — USAWAE.THanlonECF@usdoj.gov

DATED THIS 25th day of October, 2010.

S/ *Bryan P. Whitaker*
Bryan P. Whitaker
815 W. 7th Ave., Suite 303
Spokane, WA  99204
Telephone (509) 315-9947
