# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                              Plaintiff,<br><br>          vs.<br><br>WRIGHT CHRISTOPHER HALBERT,<br>CLINTON LEE HALBERT,<br><br>                              Defendants. | **Case No.  CR-09-00172-LRS-1**<br>                    **CR-09-00172-LRS-2**<br><br>**CRIMINAL MINUTES**<br><br>**DATE: 12/7/10**<br><br>**LOCATION: SPOKANE**<br><br>**PTC/MOTION HEARING** (Telephonic) |

| Judge LONNY R. SUKO | | | |
|---|---|---|---|
| Laura McClure<br><br>**Courtroom Deputy** | Beth Wehrkamp<br><br>**Law Clerk** | N/A<br><br>**Interpreter** | Mark Snover<br><br>**Court Reporter** |
| James A. Goeke<br><br>**Plaintiff's Counsel** | | Jeremy Benson<br>Bryan P. Whitaker<br>**Defendant's Counsel** | |
| **Probation Officer:** No Appearance | | | |

**[X]  Open Court**          [  ]  **Chambers**          [  ]  **Telecon**

Defendants not **present** for this hearing

Also present claimant: Richard Winter, Pro Se

Mr. Goeke addressed the Court regarding procedural matters.

Government's Oral Motion for Order Authorizing Discovery - **granted.**

Mr. Whitaker addressed the Court.
Mr. Benson addressed the Court.
Mr. Winter, Pro Se, addressed the Court.
Court set the following:
**Ancillary Hearing date: 4/5/11 @ 1:00 pm S/LRS (½ Day)**

Opening briefing deadline: 3/11/11
Responsive briefs by: 3/23/11
Reply briefs by: 3/30/11

**[X] ORDER FORTHCOMING**

| CONVENED: 3:16 PM | ADJOURNED: 3:27 PM | TIME: 11 MINUTES | CALENDARED [   ] |
|---|---|---|---|