**JOHN P. NOLLETTE**
**Attorney at Law**
**1403 W. BROADWAY AVE.**
**SPOKANE, WA  99201**
**Ph: (509) 701-0566**

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WASHINGTON

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | No. CR-09-172-LRS-1 |
| Plaintiff, | ) | |
| | ) | SENTENCING MEMORANDUM |
| v. | ) | OF CLINTON HALBERT |
| | ) | |
| CLINTON L. HALBERT, | ) | |
| | ) | |
| Defendant. | ) | |

Clint Halbert was born in 1945, into a hard working, professional family in the small town of Shelton, Washington, near the state capitol, Olympia.



Clint Halbert, front right, with his family; sister, Jackie, mother, Vivian, brother, Rolla, dad, Rolla, brother, Sherridan and Clint.   1950

SENTENCING MEMORANDUM
OF CLINTON HALBERT - 1

His dad was a judge in Mason County, Washington, for many years. His mother was a kind, honest, intelligent woman who helped support their family with her business as an interior designer.



Clint Halbert, age 10
1955

Clint has an older sister and two older brothers, all with college degrees and successful careers.

Clint did well in high school, graduating with honors.



Clint Halbert
Reed High School
1963

SENTENCING MEMORANDUM
OF CLINTON HALBERT - 2

JOHN P. NOLLETTE
Attorney at Law
1403 W. Broadway Ave.
Spokane, WA 99201
Ph: (509) 701-0566

His real passion revealed itself in Junior High when he built his first racing go-cart.   He was absolutely enthusiastic about learning to weld, learning how to use the tools to fabricate and modify chassis and engines and compete in racing events.  He inherited his first car from his brother when he went off to college, a '29 Ford Roadster.   Clint spent every spare minute rebuilding the car.  When it was inspected by the state patrol and approved for the road, he was ecstatic.  This love of metal work shows how later in life Clint was able to support himself and family as a metal worker and mechanic, designing and building stoves, cattle guards and all sorts of machinery.

In 1963, Clint Halbert entered the University of Washington with a plan to pursue a career in engineering.   When his high-school sweetheart became pregnant, their lives changed dramatically.   Clint and Rosemary married and moved to the low-rent district of Seattle where they raised their baby son, Eric.  Clint continued at UW sporadically, taking frequent breaks to work at Boeing to improve his new family's standard of living.  After four years of struggling with work and summer classes, Clint's wife convinced him to move with her and my son into community living with the Love Family.  Clint was opposed to this move but did not want to be separated

from his young son.  Rosemary, his wife, had fallen under the spell of the leader of the Love family and was smitten.  She and Paul Erdman, who called himself Love Israel, carried on an affair under the nose of Clint and strained the marriage to the breaking point.  It was not the lifestyle he wanted for his family but Rosemary would not leave.  Eventually he left his wife and son and separated himself from the Love family.

Soon after, Clint met Perrieann Ewing.  The two lived together for years and had three children together.  After nearly ten years, he divorced Rosemary and married Perrieann to give his children the Halbert name.



Elizabeth, Rebecca and Wright
Halbert

For most of the next 20 years he supported his family by doing mechanical and metal fabrication work, building custom wood stoves, cattle guards, and all sorts of heavy equipment manufacture and repair.  Wanting

SENTENCING MEMORANDUM
OF CLINTON HALBERT - 4

JOHN P. NOLLETTE
Attorney at Law
1403 W. Broadway Ave.
Spokane, WA  99201
Ph:  (509) 701-0566

to improve his family's standard of living he tried sales and worked several years in Quality Assurance with Tree Top Apple Juice in Selah, WA. After three years with Tree Top, his oldest brother offered him a job as winery manager in Sunnyside, WA. In 1988, he became the winery manager at the winery his brother and his partners started. He continued to work to help support his family, but it was not a happy time; he was abusing alcohol and this created problems in the marriage. Clint's brother and his partners went bankrupt and he lost his job and ultimately his wife, family and home.

After 21 years together, Clint divorced again, leaving Perrieann with the children although he continued to financially support them. These were tough times and he barely made it through his personal depression. He moved back to the coast and filed bankruptcy. He got a job as a shop foreman at a fencing company and lived with his best friend and junior high buddy, George Johnson, in Olympia, WA.

Clint's parents were in their 80's and both had multiple health problems. His dad was suffering from dementia and his mother fell and broke her knee. Clint moved to Shelton, to be his parents' live-in caregiver. His father died soon after and Clint continued to care for his mother. His siblings were busy with their lives and Clint was the only one to take care of

SENTENCING MEMORANDUM
OF CLINTON HALBERT - 5

JOHN P. NOLLETTE
Attorney at Law
1403 W. Broadway Ave.
Spokane, WA 99201
Ph:  (509) 701-0566

his mother. His mom and dad had invested wisely during their lifetime and after his dad's passing, she gave large monetary gifts to Clint's siblings between 1995 and 1999.

His mother, Clint and Clint's youngest daughter, Elizabeth, would take road trips to the Lake Roosevelt area to visit friends. During one of these trips, his mother found property for sale. She had in mind that she wanted Clint to be alright when she passed away. Therefore, in 1993, she purchased the property in Kettle Falls, Washington, where Clint has lived full time since 2000, and gave it to Clint as a gift, calling it part of his inheritance. She also purchased the outbuildings on the property and all of the tools, equipment, furnishings as well as many antiques plus a large amount of cash given to Clint over the period of 1992 – 1999. She did this, she said, to repay Clint for taking care of her and his dad for many years. Clint began construction on a pole barn/shop and went often to oversee the construction.

In 1998 Clint's oldest son, Eric, whom he had not had a close relationship with after leaving him with his first wife and the Love Family, asked he could live at the home in Kettle Falls with his wife and five children. Clint felt he needed to help him get back on his feet and was happy

SENTENCING MEMORANDUM
OF CLINTON HALBERT - 6

JOHN P. NOLLETTE
Attorney at Law
1403 W. Broadway Ave.
Spokane, WA  99201
Ph:  (509) 701-0566

to let him and his large family live in the pole barn. However, after a year or so of him living there, Clint found out Eric was addicted to heroin. Eric had built a Y2K structure he called a root cellar. Eric began growing marijuana in the root cellar. When Clint learned of this, he told Eric to move out and that he couldn't help him anymore – he had to help himself. Eric's wife and children left him and moved to Montana. Eric became despondent and asked time after time for help from Clint but, from experience, Clint knew Eric had to help himself. Eric finally moved to Arlington, Washington, to be near the Love family and the life-style he had grown up with. Clint cautioned Eric that their influence was not going to help him with his drug habit and depression. Only a few short weeks after Eric moved back to the Love family, Clint received a telephone call that Eric had died of a self-inflicted gun shot wound. To this day Clint still feels guilt for his son's untimely death and blames the Love family's influence.

After his son's suicide in 1999 and his mother's death in 2000, Clint's depression became nearly unbearable. He moved to the Kettle Falls property and spent most of his time alone in the barn/home and drank to excess. He built wood stoves, cattle guards, deer guards and worked on auto, truck and heavy equipment in his shop to help neighbors and make a little money. He

SENTENCING MEMORANDUM
OF CLINTON HALBERT - 7

JOHN P. NOLLETTE
Attorney at Law
1403 W. Broadway Ave.
Spokane, WA 99201
Ph: (509) 701-0566

also used the bulldozer his mom bought him and the backhoe he purchased with a neighbor to clear homesites and put in septic tanks and waterlines. He netted almost nothing from this work but his mother had left him well provided for financially.

Clint's youngest son, Wright, with whom he did not have a close relationship because of the messy divorce from his mother, Perrieanne, asked if he could live on the property in Kettle Falls. Clint felt guilty that the two did not have a better relationship and he was Clint's only surviving son. Clint decided to sell him a ten percent interest in the 26 acres on which he lives, which Wright paid him for from an inheritance from his grandfather on his mother's side. Wright began building a home on the property but their relationship could not be repaired. The two lived separate lives and rarely saw or spoke to each other.

In 2005, in a chance meeting with a young woman, Clint got to know the woman's mother, Christine Renee Delk. Renee and Clint quickly became friends over the phone and they talked often. The two discovered Clint's mother and Renee's mother had been close friends and that connection solidified Renee's and Clint's relationship. Clint invited Renee and her daughter to his 60th birthday get-together in Kettle Falls. Renee and

SENTENCING MEMORANDUM
OF CLINTON HALBERT - 8

JOHN P. NOLLETTE
Attorney at Law
1403 W. Broadway Ave.
Spokane, WA 99201
Ph: (509) 701-0566

Clint became even closer after the visit.



Christine Renee Delk
"Renee"
with daughter, Jamie

Clint learned of her horrific botched by-pass surgery, the loss of her stomach and intestines and the forty or more surgeries she underwent to try to repair the damage done by a doctor at Oregon Health Sciences University in Portland, Oregon. She told Clint she had already out-lived the doctor's predictions of her life expectancy.

Christine Renee Delk, who is known as Renee, was born in 1954, the second of four daughters.



Renee's mom,
Charlotte, dad,
Don, sister and
Renee

JOHN P. NOLLETTE
Attorney at Law
1403 W. Broadway Ave.
Spokane, WA 99201
Ph: (509) 701-0566

Renee contracted polio from the polio vaccine when she was a toddler, leaving her left side partially paralyzed and compromising her left foot and left leg. The disease weakened her lungs and she spent much of her childhood sick with pneumonia and bronchitis. Even today her post-polio syndrome is evident in her left side with an out-turned left foot and a limp. Her undiagnosed dyslexia in grade school caused her to be placed in special education classes. Her speech, reading and writing were affected by the dyslexia and she was mercilessly teased by her peers in grade school. Renee overcame much of the problems of childhood and teen years, married and had two daughters. The marriage didn't last and Renee raised her two daughters on her own.

In 1991 Renee's car was hit broadside by a truck hauling a backhoe. Both legs were broken along with two of her ribs. She was placed into a hip cast on the left side and thigh high cast on the right. Her doctors predicted she might not walk again but, with hard work and a strong will, she took her first steps a year later.

At age 39 Renee enrolled in college. Dyslexia was much more understood by then and she decided to pursue a career in interior design to

SENTENCING MEMORANDUM
OF CLINTON HALBERT - 10

JOHN P. NOLLETTE
Attorney at Law
1403 W. Broadway Ave.
Spokane, WA 99201
Ph: (509) 701-0566

use her artistic talents. When Renee contracted Lymes disease her college plans had to be abandoned.

Renee went to work at a plant nursery to support her daughters and grandchildren. She had thyroid problems which resulted in weight gain and high blood pressure. Her doctor recommended a gastric by-pass surgery because of the risks of early death from these symptoms. Both her mother and grandmother passed away in their early 50's from heart failure. Renee chose to have the gastric by-pass but the doctor had difficulty performing the surgery Laparoscopicly, and opened up her entire abdomen. At the close of the surgery, a needle was missing from the count but the doctor declined to open her up again.

Three days later, after a high fever and continual vomiting, her abdomen "blew up" from an infection caused by food leaking into her abdomen from the botched surgery. She was taken back to the hospital where a four-and-a-half month induced coma was prescribed while her abdomen was kept open. She nearly died.

SENTENCING MEMORANDUM
OF CLINTON HALBERT - 11

JOHN P. NOLLETTE
Attorney at Law
1403 W. Broadway Ave.
Spokane, WA 99201
Ph: (509) 701-0566





> Renee in 2003 following botched
> gastric by-pass surgery.

But her will to live and a new doctor's care brought her through the worst.

She endured 39 surgeries to remove her stomach and rotting intestines and to

remove her gall bladder.  With no stomach, her body cannot process food

well.  She is on a strict diet and lives in constant pain.  Renee was prescribed

more and more morphine to manage the constant pain.  She knew the

morphine was affecting her relationships with her family and chose to

overcome the addiction.

JOHN P. NOLLETTE
Attorney at Law
1403 W. Broadway Ave.
Spokane, WA  99201
Ph:  (509) 701-0566

A friend, now deceased, introduced Renee to marijuana in a brownie one day, to help stimulate her appetite and relax her abdomen to accept food. She was amazed at the effect the marijuana had on her pain and her appetite. She sought out and was prescribed medical marijuana from the head of surgery at OHSU as a pain relief and to help her take in food.

When Renee and Clint were re-introduced and decided to live together at Clint's property in Kettle Falls, Renee sold her home in Battleground and moved to Kettle Falls.



Clint Halbert, Renee and Clint's grandson.

Renee also moved her medicine to the property. The same friend who had helped her set up the growing operation in Battleground, helped her set up the growing operation in Kettle Falls. Clint became Renee's significant other as well as her full-time, state approved care giver and as such, became her helper in growing the medicine Renee needs everyday just to survive. Clint Halbert asks the court to consider the collateral consequence of the loss

JOHN P. NOLLETTE
Attorney at Law
1403 W. Broadway Ave.
Spokane, WA 99201
Ph: (509) 701-0566

of his license as a care-giver as well as the income it provided to Clint and Renee. Loss of employment is a permissible factor for the court to consider at sentencing. *See* <u>Koon v. United States</u>, 518 U.S. 81, 110 (1996). Clint Halbert will never be able to be employed as a care-giver licensed by any state. Consideration of this fact is consistent with § 3553(a)'s directive that the sentence reflect the need for 'just punishment' and 'adequate deterrence.' (citing <u>18 U.S.C. § 3553(a)(2)(A) & (B)</u>).

Clint realized he wanted to spend the rest of his life with Renee. When she told Clint she could not be close to anyone who was an alcoholic, he stopped drinking and smoking cigarettes immediately and hasn't relapsed in nearly five years. Clint wanted Renee to be financially stable. Renee wanted to honor an old debt Clint's mother had given her mother so Renee repaid Clint from money she received from the sale of her home. She came to Clint's pole barn/shop in which he had been living in Kettle Falls and immediately began construction to make it beautiful home. She gave consideration to the fact that she often has to move around in a wheel chair because of her health so the layout is open and airy.

SENTENCING MEMORANDUM
OF CLINTON HALBERT - 14

JOHN P. NOLLETTE
Attorney at Law
1403 W. Broadway Ave.
Spokane, WA 99201
Ph: (509) 701-0566



Clint and Renee's home in
Kettle Falls, WA

Renee has many beautiful antiques and furnishings which she moved into the house, transforming the pole barn/shop into a home.  She is an avid gardener, which is also therapeutic for her.

She and Clint married in a 2006 ceremony in Kettle Falls with their families and friends around them.





As much as Clint depends on Renee, she also depends on Clint.  Her

SENTENCING MEMORANDUM
OF CLINTON HALBERT - 15

JOHN P. NOLLETTE
Attorney at Law
1403 W. Broadway Ave.
Spokane, WA  99201
Ph:  (509) 701-0566

health is fragile. Renee's post-polio syndrome leaves her weak. Because of this she must use a cane or wheelchair most of the time. It is nearly impossible for her to eat many things because her lack of stomach and intestines. She has constant pain, and throws up, experiences dumping syndrome, and has difficulty breathing. After the botched surgery for stomach by-pass, a year in the hospital, heart attacks, mini-strokes and other medical issues, she is in constant pain and needs 24 hour a day care.

Gall v. United States, 128 S. Ct. 586 (2007) discusses the collateral consequences of compelling family circumstances where family members will be badly hurt if no one is available to take care of them. This extraordinary family circumstance should be considered in determining an appropriate sentence. Clint Halbert requests this court consider probation as an alternative to a prison sentence. Prison is not necessary to satisfy the purposes of punishment for the defendant, in part because Renee depends on Clint financially with income as her state paid care-giver, for her tenuous health and emotional well-being. A prison sentence for Clint would harm Renee without adding significantly to punishment or deterrence. United States v. Leon, 314 f.3D 928, 2003 U.S. App. Lexis 17911; United States v. Pena, 2010 U.S. App. Lexis 16047 (9th Cir. Cal. Aug. 2, 2010); United States

v. Menyweather, 431 F.3d 692, 2005 U.S. App. Lexis 27760 (9th Cir. Cal. 2005); United States v. Galante, 111 F.3d 1029; 1997 U.S. App. LEXIS 9602.

U.S.C.S. Appx § 5H1.6 allows a sentencing court to determine whether the circumstances related to family ties and relationships are extraordinary. The Guidelines do not bar it from considering them as a basis for a downward departure. *See* United States v. Sharpsteen, 913 F.2d 59, 63 (2d Cir. 1990); *see also* United States v. Londono, 76 F.3d 33, 36 (2d Cir. 1996) ("…courts of appeal have recognized that a defendant's familial responsibilities may present such 'extraordinary circumstances' that a downward departure in sentencing is necessary and permissible."); United States v. Johnson, 964 F.2d 124, 129 (2d Cir. 1992). ("Section 5H1.6's phrasing confirms the Commission's understanding that ordinary family circumstances do not justify departure, but extraordinary family circumstances may.").

The chief of surgery at Oregon Health & Science University (OHSU), Dr. Deveney, has been Renee's doctor for years. He had provided this court with his recommendations regarding Renee's continued health. Dr. Deveney initially prescribed medical marijuana to help Renee alleviate her pain and

SENTENCING MEMORANDUM
OF CLINTON HALBERT - 17

JOHN P. NOLLETTE
Attorney at Law
1403 W. Broadway Ave.
Spokane, WA 99201
Ph: (509) 701-0566

the need for more and more morphine.  Her local doctor in Colville concurs

with Renee's need for medical marijuana.  Renee's friend set up the root

cellar, which Clint's son Eric had outfitted for growing marijuana, as a green

house for the papayas and other vegetables that Renee can eat on her special

diet and Renee and Clint gradually began growing the plants there for

Renee's medical needs.  Clint did not sell the marijuana nor did he grow an

excessive amount.  Since Renee's prescription calls for her to consume the

medicine, she has to use more than someone who smokes the medicine.

Under Washington state law, <u>WAC 246-75-010</u>, the two felt they were not

growing illegally and used the medicine as prescribed by her doctors for her

health.



> Clint Halbert, Renee Delk and their
> extended family

Clint, also, has a medical marijuana prescription because of his back

problems, a pinched nerve and severe depression.  Although the witness in

SENTENCING MEMORANDUM
OF CLINTON HALBERT - 18

this matter states he purchased marijuana, Clint denies having anything to do with him as he was the boyfriend of Clint's ex-wife. Clint did not have him in his home for dinner or any other reason. He did not smoke marijuana with him at any time nor did he sell to him or direct anyone else to sell to him.

Words cannot express the remorse Clint feels for having caused the unbelievable harm to his wife, Renee, his children, grandchildren and all of his friends.



Clint with his
grandson
2009

Clint feels that what they were doing was legal under Washington state law but now knows that it is not recognized federally. He feels his whole family has suffered for his lack of good judgment.



Renee
December 2010

SENT
OF CLINTON HALBERT - 19

JOHN P. NOLLETTE
Attorney at Law
1403 W. Broadway Ave.
Spokane, WA 99201
Ph:  (509) 701-0566

Clint agonizes over the fact that his wife could lose her home if the property is forfeited and the fact that his actions have caused her so much stress that it has put her health in even graver danger.  Since his arrest he has attended AA and feels the 12 step program is the best thing that could ever have happened to him.  He is finally free of the prescription drugs he took for years for depression and feels clearer in his thinking and relationships than he has in a very long time.  Clint Halbert understands that what he did was not legal under federal law and he accepts responsibility for his actions.

Dated this 13th day of January, 2011.

Respectfully submitted,

/s/*John P. Nollette*
John P. Nollette
Attorney for Clint Halbert

SENTENCING MEMORANDUM
OF CLINTON HALBERT - 20

JOHN P. NOLLETTE
Attorney at Law
1403 W. Broadway Ave.
Spokane, WA 99201
Ph: (509) 701-0566

<u>CERTIFICATION</u>

I hereby certify that on the 13th day of January, 2011, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System which will send notification of such filing to the following, and/or I hereby certify that I have mailed by United States Postal Service the document(s) to the following non-CM/ECJ participant(s)

    Thomas J. Hanlon
    Assistant United States Attorney
    402 E. Yakima Ave., Suite 210
    Yakima, WA  98901-2760


    Frank Cikutovich
    Attorney at Law
    1403 W. Broadway Ave.
    Spokane, WA  99201

                        /s/*John P. Nollette*
                        Attorney for Clint Halbert

JOHN P. NOLLETTE
Attorney at Law
1403 W. Broadway Ave.
Spokane, WA  99201
Ph:  (509) 701-0566