# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF WASHINGTON

| UNITED STATES OF AMERICA, | Case No. CR-09-00172-LRS-1 |
|---|---|
| Plaintiff, | **CRIMINAL MINUTES** |
| vs. | DATE: 2/8/11 |
| CLINTON LEE HALBERT, | LOCATION: SPOKANE |
| Defendant. | **SENTENCING HEARING** |

| Judge LONNY R. SUKO ||||
|---|---|---|---|
| Laura McClure | Beth Wehrkamp | N/A | Mark Snover |
| **Courtroom Deputy** | **Law Clerk** | **Interpreter** | **Court Reporter** |
| Thomas J. Hanlon || John P. Nollette ||
| **Plaintiff's Counsel** || **Defendant's Counsel** ||
| **Probation Officer:** Al Barrett ||||

[ X ]  Open Court            [  ]  Chambers            [  ]  Telecon
Defendant **present** not in custody of the US Marshal

Sentencing recommendations presented by Mr. Nollette.
Renee Delk addressed the Court on behalf of the Defendant.

Defendant Clinton Halbert addressed the Court.
Wright Christopher Halbert addressed the Court on behalf of his father.

Additional comments presented by Mr. Nollette.
Sentencing recommendations presented by Mr. Hanlon.
4:04 pm Court recessed and reconvened at 4:34 pm

Sentencing recommendations by Mr. Hanlon continued.
Additional comments presented by Mr. Nollette.
**Sentence: 18 months home confinement on Count 1 and 18 months home confinement on Count 2, concurrent.**
**Supervised Release: 3 years on Count 1 and 3 years on Count 2, concurrent**
**Fine: waived**
**SPA: $200.00**
**Conditions of Supervised Release:** Standard conditions and the following Special Conditions

- You shall submit your person, residence, office, or vehicle to a search, conducted by a U.S. probation officer, at a sensible time and manner, based upon reasonable suspicion of contraband or evidence of violation of a condition of supervision. Failure to submit to search may be grounds for revocation. You shall warn persons with whom you share a residence that the premises may be subject to search;

(Continued)

| CONVENED: 3:23 PM  4:34 PM | ADJOURNED: 4:04 PM  4:58 PM | TIME: 1 HR/05 MINUTES | CALENDARED [  ] |
|---|---|---|---|

- You shall undergo a substance abuse evaluation and, if indicated by a licensed/certified treatment provider, enter into and successfully complete an approved substance abuse treatment program, which could include inpatient treatment and aftercare. You shall contribute to the cost of treatment according to your ability to pay. You shall allow full reciprocal disclosure between the supervising officer and treatment provider;

- You shall abstain from the use of illegal controlled substances, and shall submit to urinalysis testing, as directed by the supervising officer, but no more than six tests per month, in order to confirm continued abstinence from these substances;

- You shall abstain from alcohol and shall submit to testing (including urinalysis and Breathalyzer), as directed by the supervising officer, but no more than six tests per month, in order to confirm continued abstinence from this substance.

Defendant advised of right to appeal

Defendant's Motion To Stay Imposition of Sentence Pending Appeal (Crt Rec #252) - **granted.**
Previously imposed conditions of release maintained.