AO 89 (Rev. 08/09) Subpoena to Testify at a Hearing or Trial in a Criminal Case

# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | |
| CLINTON HALBERT, | ) | Case No.   09-CR-0172-LRS-1&2 |
| and WRIGHT HALBERT, | ) | |
| Defendant | ) | |

## SUBPOENA TO TESTIFY AT A HEARING OR TRIAL IN A CRIMINAL CASE

To:   SA Tom Atkinson,
      DEA                                          **Suppression Hearing**

**YOU ARE COMMANDED** to appear in the United States district court at the time, date, and place shown below to testify in this criminal case. When you arrive, you must remain at the court until the judge or a court officer allows you to leave.

| Place of Appearance: United States District Court, Federal Courthouse West 920 Riverside, Spokane, Washington | Courtroom No.: 7th Floor |
|---|---|
| | Date and Time: June 3, 2010 at 9:30 a.m. |

or as directed.

You must also bring with you the following documents, electronically stored information, or objects *(blank if not applicable)*:

(SEAL)

Date:   May 14, 2010

CLERK OF COURT

_____
Signature of Clerk or Deputy Clerk

The name, address, e-mail, and telephone number of the attorney representing *(name of party)* The United States , who requests this subpoena, are:

THOMAS J. HANLON, AUSA
402 E. Yakima Ave., Suite 210
Yakima, WA 98901
(509) 454-4425

1

AO 89  (Rev. 08/09) Subpoena to Testify at a Hearing or Trial in a Criminal Case (Page 2)

Case No.

## PROOF OF SERVICE

This subpoena for *(name of individual and title, if any)* T. Tom Atkinson
was received by me on *(date)* 5/15/10 .

☒ I served the subpoena by delivering a copy to the named person as follows: 
vir fax

on *(date)* _____ ; or

☐ I returned the subpoena unexecuted because: _____

Unless the subpoena was issued on behalf of the United States, or one of its officers or agents, I have also tendered to the witness fees for one day's attendance, and the mileage allowed by law, in the amount of

$ _____ .

My fees are $ _____ for travel and $ _____ for services, for a total of $   0.00   .

I declare under penalty of perjury that this information is true.

Date: 5/15/10

_____
Server's signature

Matthew Polly   S/A
Printed name and title

_____
Server's address

Additional information regarding attempted service, etc:

AO 89 (Rev. 08/09) Subpoena to Testify at a Hearing or Trial in a Criminal Case

# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

| | |
|---|---|
| United States of America ) | |
| v. ) | |
| CLINTON HALBERT, ) | Case No.  09-CR-0172-LRS-1-2 |
| and WRIGHT HALBERT, ) | |
| Defendant ) | |

## SUBPOENA TO TESTIFY AT A HEARING OR TRIAL IN A CRIMINAL CASE

To:  TFO Rick Taylor
DEA

**YOU ARE COMMANDED** to appear in the United States district court at the time, date, and place shown below to testify in this criminal case. When you arrive, you must remain at the court until the judge or a court officer allows you to leave.

| Place of Appearance: United States District Court, Federal Courthouse West 920 Riverside, Spokane, Washington | Courtroom No.: 7th Floor |
|---|---|
| | Date and Time: June 28 2010 at 12:00 pm. or as directed. |

You must also bring with you the following documents, electronically stored information, or objects *(blank if not applicable)*:

(SEAL)

Date: May 14, 2010

CLERK OF COURT

_____
Signature of Clerk or Deputy Clerk

The name, address, e-mail, and telephone number of the attorney representing *(name of party)* The United States, who requests this subpoena, are:

THOMAS J. HANLON, AUSA
402 E. Yakima Ave., Suite 210
Yakima, WA 98901
(509) 454-4425

3

AO 89 (Rev. 08/09) Subpoena to Testify at a Hearing or Trial in a Criminal Case (Page 2)

Case No.

## PROOF OF SERVICE

This subpoena for *(name of individual and title, if any)* Dick Langley, TFC
was received by me on *(date)* 3/15/10.

☒ I served the subpoena by delivering a copy to the named person as follows:
W.S.P.

on *(date)* _____ ; or

☐ I returned the subpoena unexecuted because:

Unless the subpoena was issued on behalf of the United States, or one of its officers or agents, I have also tendered to the witness fees for one day's attendance, and the mileage allowed by law, in the amount of
$ _____ .

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 3/15/10

_____
Server's signature

Matthew Jette
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

ORIGINAL

AO 89 (Rev. 08/09) Subpoena to Testify at a Hearing or Trial in a Criminal Case

# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

| United States of America | ) | | |
|---|---|---|---|
| v. | ) | | |
| CLINTON HALBERT, | ) | Case No. | 09-CR-0172-LRS-1-2 |
| and WRIGHT HALBERT, | ) | | |
| *Defendant* | ) | | |

## SUBPOENA TO TESTIFY AT A HEARING OR TRIAL IN A CRIMINAL CASE

To:    Doug Hatfield,

**YOU ARE COMMANDED** to appear in the United States district court at the time, date, and place shown below to testify in this criminal case. When you arrive, you must remain at the court until the judge or a court officer allows you to leave.

| Place of Appearance: United States District Court, Federal Courthouse West 920 Riverside, Spokane, Washington | Courtroom No.: 7th Floor |
|---|---|
| | Date and Time: June 28, 2010 at 12:00 pm. or as directed. |

You must also bring with you the following documents, electronically stored information, or objects *(blank if not applicable)*:

(SEAL)

Date:   May 14, 2010

CLERK OF COURT

_____
Signature of Clerk or Deputy Clerk

The name, address, e-mail, and telephone number of the attorney representing *(name of party)*  The United States , who requests this subpoena, are:

THOMAS J. HANLON, AUSA
402 E. Yakima Ave., Suite 210
Yakima, WA 98901
(509) 454-4425

AO 89 (Rev. 08/09) Subpoena to Testify at a Hearing or Trial in a Criminal Case (Page 2)

Case No.

## PROOF OF SERVICE

This subpoena for *(name of individual and title, if any)* Doug Hatfield
was received by me on *(date)* _____ .

☒ I served the subpoena by delivering a copy to the named person as follows: _____
_____
on *(date)* 2/25/10 ; or

☐ I returned the subpoena unexecuted because: _____

Unless the subpoena was issued on behalf of the United States, or one of its officers or agents, I have also tendered to the witness fees for one day's attendance, and the mileage allowed by law, in the amount of

$ _____ .

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: _____

_____
Server's signature

Matthew Petty
_____
Printed name and title

_____
Server's address

Additional information regarding attempted service, etc:

AO 89 (Rev. 08/09) Subpoena to Testify at a Hearing or Trial in a Criminal Case

# UNITED STATES DISTRICT COURT
for the

Eastern District of Washington

| United States of America | ) | | |
|---|---|---|---|
| v. | ) | | |
| CLINTON HALBERT, | ) | Case No. | 09-CR-0172-LRS-1&2 |
| and WRIGHT HALBERT, | ) | | |
| *Defendant* | ) | | |

## SUBPOENA TO TESTIFY AT A HEARING OR TRIAL IN A CRIMINAL CASE

To:    Jared Toppenberg, CW2,
       DEA Lab                                              **Suppression Hearing**

**YOU ARE COMMANDED** to appear in the United States district court at the time, date, and place shown below to testify in this criminal case. When you arrive, you must remain at the court until the judge or a court officer allows you to leave.

| Place of Appearance: United States District Court, Federal Courthouse West 920 Riverside, Spokane, Washington | Courtroom No.: 7th Floor |
|---|---|
| | Date and Time: June 3, 2010 at 9:30 a.m. |

You must also bring with you the following documents, electronically stored information, or objects *or as directed.* *(blank if not applicable)*:

(SEAL)

Date:  May 14, 2010

                                              CLERK OF COURT

                                              _____
                                              Signature of Clerk or Deputy Clerk

---

The name, address, e-mail, and telephone number of the attorney representing *(name of party)* _____
The United States    , who requests this subpoena, are:

THOMAS J. HANLON, AUSA
402 E. Yakima Ave., Suite 210
Yakima, WA 98901
(509) 454-4425

7

Case 2:09-cr-00172-LRS   Document 285   Filed 03/18/11

AO 89 (Rev. 08/09) Subpoena to Testify at a Hearing or Trial in a Criminal Case (Page 2)

Case No.

## PROOF OF SERVICE

This subpoena for *(name of individual and title, if any)* Jared Toppenberg was received by me on *(date)* 5/20/10.

☒ I served the subpoena by delivering a copy to the named person as follows:
▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ on *(date)* 5/20/10 ; or

☐ I returned the subpoena unexecuted because:

Unless the subpoena was issued on behalf of the United States, or one of its officers or agents, I have also tendered to the witness fees for one day's attendance, and the mileage allowed by law, in the amount of

$ _____ .

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 5/20/10

_____
Server's signature

Matthew Petty, SA
Printed name and title

_____
Server's address

Additional information regarding attempted service, etc:

8

AO 89 (Rev. 08/09) Subpoena to Testify at a Hearing or Trial in a Criminal Case

# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

| United States of America | ) | | |
|---|---|---|---|
| v. | ) | | |
| CLINTON HALBERT, | ) | Case No. | 09-CR-0172-LRS-1-2 |
| and WRIGHT HALBERT, | ) | | |
| *Defendant* | ) | | |

## SUBPOENA TO TESTIFY AT A HEARING OR TRIAL IN A CRIMINAL CASE

To:   Det. Brad Manke,
      BIA/DEA

**YOU ARE COMMANDED** to appear in the United States district court at the time, date, and place shown below to testify in this criminal case. When you arrive, you must remain at the court until the judge or a court officer allows you to leave.

| Place of Appearance: United States District Court, Federal Courthouse | Courtroom No.: 7th Floor |
|---|---|
| West 920 Riverside, Spokane, Washington | Date and Time: June 28, 2010 at 12:00 pm. or as directed. |

You must also bring with you the following documents, electronically stored information, or objects *(blank if not applicable)*:

(SEAL)

Date: May 14, 2010

CLERK OF COURT

_____
Signature of Clerk or Deputy Clerk

The name, address, e-mail, and telephone number of the attorney representing *(name of party)* The United States, who requests this subpoena, are:

THOMAS J. HANLON, AUSA
402 E. Yakima Ave., Suite 210
Yakima, WA 98901
(509) 454-4425

9

AO 89 (Rev. 08/09) Subpoena to Testify at a Hearing or Trial in a Criminal Case (Page 2)

Case No.

## PROOF OF SERVICE

This subpoena for *(name of individual and title, if any)* D.\ Brad Dhake

was received by me on *(date)* 3/18/10 .

☒ I served the subpoena by delivering a copy to the named person as follows:
[redacted]
on *(date)* _____ ; or

☐ I returned the subpoena unexecuted because: _____

Unless the subpoena was issued on behalf of the United States, or one of its officers or agents, I have also tendered to the witness fees for one day's attendance, and the mileage allowed by law, in the amount of

$ _____ .

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 3/18/10

_____
*Server's signature*

Matthew Bill CSA
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

ORIGINAL

AO 89 (Rev. 08/09) Subpoena to Testify at a Hearing or Trial in a Criminal Case

# UNITED STATES DISTRICT COURT
for the

Eastern District of Washington

| United States of America | ) |
|---|---|
| v. | ) |
| CLINTON HALBERT, | )   Case No.   09-CR-0172-LRS-1&2 |
| and WRIGHT HALBERT, | ) |
| *Defendant* | ) |

## SUBPOENA TO TESTIFY AT A HEARING OR TRIAL IN A CRIMINAL CASE

To:

Det. Brad Manke,
BIA/DEA

**Suppression Hearing**

**YOU ARE COMMANDED** to appear in the United States district court at the time, date, and place shown below to testify in this criminal case. When you arrive, you must remain at the court until the judge or a court officer allows you to leave.

| Place of Appearance: United States District Court, Federal Courthouse West 920 Riverside, Spokane, Washington | Courtroom No.: 7th Floor |
|---|---|
| | Date and Time: June 3, 2010 at 9:30 a.m. |

or as directed.

You must also bring with you the following documents, electronically stored information, or objects *(blank if not applicable)*:

(SEAL)

Date: May 14, 2010

CLERK OF COURT

*[signature]*

Signature of Clerk or Deputy Clerk

The name, address, e-mail, and telephone number of the attorney representing *(name of party)* The United States , who requests this subpoena, are:

THOMAS J. HANLON, AUSA
402 E. Yakima Ave., Suite 210
Yakima, WA 98901
(509) 454-4425

11

AO 89  (Rev. 08/09) Subpoena to Testify at a Hearing or Trial in a Criminal Case (Page 2)

Case No.

## PROOF OF SERVICE

This subpoena for *(name of individual and title, if any)* Del Brad Meeke
was received by me on *(date)* 3/18/10                .

☒ I served the subpoena by delivering a copy to the named person as follows:
via ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ on *(date)*                ; or

☐ I returned the subpoena unexecuted because:                                      

Unless the subpoena was issued on behalf of the United States, or one of its officers or agents, I have also tendered to the witness fees for one day's attendance, and the mileage allowed by law, in the amount of

$                .

My fees are $            for travel and $            for services, for a total of $   0.00   .

I declare under penalty of perjury that this information is true.

Date: 3/18/10

                                *Server's signature*

                                *Printed name and title*

                                *Server's address*

Additional information regarding attempted service, etc:

AO 89 (Rev. 08/09) Subpoena to Testify at a Hearing or Trial in a Criminal Case

# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| CLINTON HALBERT, | ) | Case No. 09-CR-0172-LRS-1-2 |
| and WRIGHT HALBERT, | ) | |
| Defendant | ) | |

## SUBPOENA TO TESTIFY AT A HEARING OR TRIAL IN A CRIMINAL CASE

To: Aaron Huff,
Bank of America

**YOU ARE COMMANDED** to appear in the United States district court at the time, date, and place shown below to testify in this criminal case. When you arrive, you must remain at the court until the judge or a court officer allows you to leave.

| Place of Appearance: United States District Court, Federal Courthouse West 920 Riverside, Spokane, Washington | Courtroom No.: 7th Floor |
|---|---|
| | Date and Time: June 28, 2010 at 12:00 pm. or as directed. |

You must also bring with you the following documents, electronically stored information, or objects *(blank if not applicable)*:

(SEAL)

Date: May 14, 2010

CLERK OF COURT

_____
Signature of Clerk or Deputy Clerk

The name, address, e-mail, and telephone number of the attorney representing *(name of party)* The United States , who requests this subpoena, are:

THOMAS J. HANLON, AUSA
402 E. Yakima Ave., Suite 210
Yakima, WA 98901
(509) 454-4425

AO 89 (Rev. 08/09) Subpoena to Testify at a Hearing or Trial in a Criminal Case (Page 2)

Case No.

## PROOF OF SERVICE

This subpoena for *(name of individual and title, if any)* _____
was received by me on *(date)* _____ .

 ☐ I served the subpoena by delivering a copy to the named person as follows: _____
_____
on *(date)* _____ ; or

 ☐ I returned the subpoena unexecuted because: _____
_____

Unless the subpoena was issued on behalf of the United States, or one of its officers or agents, I have also tendered to the witness fees for one day's attendance, and the mileage allowed by law, in the amount of

$ _____ .

My fees are $ _____ for travel and $ _____ for services, for a total of $   0.00   .

I declare under penalty of perjury that this information is true.

Date: _____

             _____
                 *Server's signature*

             _____
                 *Printed name and title*

             _____
                 *Server's address*

Additional information regarding attempted service, etc:

AO 89 (Rev. 08/09) Subpoena to Testify at a Hearing or Trial in a Criminal Case

# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

| United States of America | ) | | |
|---|---|---|---|
| v. | ) | | |
| CLINTON HALBERT, | ) | Case No. | 09-CR-0172-LRS-1-2 |
| and WRIGHT HALBERT, | ) | | |
| Defendant | ) | | |

## SUBPOENA TO TESTIFY AT A HEARING OR TRIAL IN A CRIMINAL CASE

To:   Danielle Farrell,
      DEA Lab

**YOU ARE COMMANDED** to appear in the United States district court at the time, date, and place shown below to testify in this criminal case. When you arrive, you must remain at the court until the judge or a court officer allows you to leave.

| Place of Appearance: United States District Court, Federal Courthouse  West 920 Riverside, Spokane, Washington | Courtroom No.: 7th Floor |
|---|---|
| | Date and Time: June 28, 2010 at 12:00 pm. or as directed. |

You must also bring with you the following documents, electronically stored information, or objects *(blank if not applicable)*:

(SEAL)

Date:   May 14, 2010

CLERK OF COURT

_____
Signature of Clerk or Deputy Clerk

The name, address, e-mail, and telephone number of the attorney representing *(name of party)* _____
The United States _____, who requests this subpoena, are:

THOMAS J. HANLON, AUSA
402 E. Yakima Ave., Suite 210
Yakima, WA 98901
(509) 454-4425

AO 89 (Rev. 08/09) Subpoena to Testify at a Hearing or Trial in a Criminal Case (Page 2)

Case No.

## PROOF OF SERVICE

This subpoena for *(name of individual and title, if any)* _____
was received by me on *(date)* _____ .

☐ I served the subpoena by delivering a copy to the named person as follows:
_____ on *(date)* _____ ; or

☐ I returned the subpoena unexecuted because: _____

Unless the subpoena was issued on behalf of the United States, or one of its officers or agents, I have also tendered to the witness fees for one day's attendance, and the mileage allowed by law, in the amount of

$ _____ .

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

AO 89 (Rev. 08/09) Subpoena to Testify at a Hearing or Trial in a Criminal Case

# UNITED STATES DISTRICT COURT
## for the
### Eastern District of Washington

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| CLINTON HALBERT, | ) | Case No. 09-CR-0172-LRS-1-2 |
| and WRIGHT HALBERT, | ) | |
| Defendant | ) | |

## SUBPOENA TO TESTIFY AT A HEARING OR TRIAL IN A CRIMINAL CASE

To: Clint Poling
Avista

**YOU ARE COMMANDED** to appear in the United States district court at the time, date, and place shown below to testify in this criminal case. When you arrive, you must remain at the court until the judge or a court officer allows you to leave.

| Place of Appearance: United States District Court, Federal Courthouse | Courtroom No.: 7th Floor |
|---|---|
| West 920 Riverside, Spokane, Washington | Date and Time: June 28, 2010 at 12:00 pm. or as directed. |

You must also bring with you the following documents, electronically stored information, or objects *(blank if not applicable)*:

(SEAL)

Date: May 27, 2010

CLERK OF COURT

*[signature]*

Signature of Clerk or Deputy Clerk

The name, address, e-mail, and telephone number of the attorney representing *(name of party)* The United States, who requests this subpoena, are:

THOMAS J. HANLON, AUSA
402 E. Yakima Ave., Suite 210
Yakima, WA 98901
(509) 454-4425

AO 89 (Rev. 08/09) Subpoena to Testify at a Hearing or Trial in a Criminal Case (Page 2)

Case No.

## PROOF OF SERVICE

This subpoena for *(name of individual and title, if any)* Clint Poling
was received by me on *(date)* 5/27/10 .

☒ I served the subpoena by delivering a copy to the named person as follows:
ViA ███████████████████████████████████
on *(date)* _____ ; or

☐ I returned the subpoena unexecuted because: _____

Unless the subpoena was issued on behalf of the United States, or one of its officers or agents, I have also tendered to the witness fees for one day's attendance, and the mileage allowed by law, in the amount of

$ _____ .

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 5/27/10

Matthew Petty
*Server's signature*

Matthew Petty  S/A
*Printed name and title*

*Server's address*

Additional information regarding attempted service, etc:

# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

| | |
|---|---|
| United States of America<br>v.<br>CLINTON HALBERT,<br>and WRIGHT HALBERT,<br>Defendant | ) ) ) ) )    Case No.   09-CR-0172-LRS-1-2 |

## SUBPOENA TO TESTIFY AT A HEARING OR TRIAL IN A CRIMINAL CASE

To:     Les McKinney
        Avista

**YOU ARE COMMANDED** to appear in the United States district court at the time, date, and place shown below to testify in this criminal case. When you arrive, you must remain at the court until the judge or a court officer allows you to leave.

| Place of Appearance: United States District Court, Federal Courthouse<br>West 920 Riverside, Spokane, Washington | Courtroom No.: 7th Floor |
|---|---|
| | Date and Time: June 28, 2010 at 12:00 pm.<br>or as directed. |

You must also bring with you the following documents, electronically stored information, or objects *(blank if not applicable)*:

(SEAL)

Date: May 27, 2010

CLERK OF COURT

_____
Signature of Clerk or Deputy Clerk

The name, address, e-mail, and telephone number of the attorney representing *(name of party)* The United States , who requests this subpoena, are:

THOMAS J. HANLON, AUSA
402 E. Yakima Ave., Suite 210
Yakima, WA 98901
(509) 454-4425

AO 89 (Rev. 08/09) Subpoena to Testify at a Hearing or Trial in a Criminal Case (Page 2)

Case No.

## PROOF OF SERVICE

This subpoena for *(name of individual and title, if any)* Les McKinney
was received by me on *(date)* 5/27/10 .

☒ I served the subpoena by delivering a copy to the named person as follows:
Via ████████████████████████████████████████████ on *(date)* _____ ; or

☐ I returned the subpoena unexecuted because: _____

Unless the subpoena was issued on behalf of the United States, or one of its officers or agents, I have also tendered to the witness fees for one day's attendance, and the mileage allowed by law, in the amount of

$ _____ .

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 5/27/10

_____ Matthew Petty
  *Server's signature*

_____ Matthew Petty s/a
  *Printed name and title*

_____
  *Server's address*

Additional information regarding attempted service, etc:

20