# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF WASHINGTON

| UNITED STATES OF AMERICA,<br><br>　　　　　　　　　　Plaintiff,<br><br>vs.<br><br>CLINTON LEE HALBERT, ET AL,<br><br>　　　　　　　　　　Claimants . | Case No. CV-09-00172-LRS<br><br>CIVIL MINUTES<br><br>DATE: 7/19/11<br><br>LOCATION:　YAKIMA<br><br>TELEPHONIC STATUS CONFERENCE<br>RE ANCILLARY PROCEEDINGS |
|---|---|

| Judge LONNY R. SUKO | | |
|---|---|---|
| Laura McClure<br><br>**Courtroom Deputy** | Beth Wehrkamp<br>by Fred Karau<br><br>**Law Clerk** | Lynette Walters<br><br>**Court Reporter** |
| James A. Goeke<br><br><br><br>**Plaintiff's Counsel** | | Jeremy D. Benson (for claimant Christine Renee Delk)<br>Bryan P. Whitaker (for claimant Nahani Berry)<br><br>**Defendant's Counsel** |

**[ ]Open Court　　　　　[ ]　Chambers　　　　[X ]　Telecon**

Comments presented by Mr. Goeke regarding discovery.
Comments presented by Mr. Benson.
Comments presented by Mr. Whitaker.

The Court vacated the 7/26/11 ancillary hearing and set the following schedule:

Discovery deadline: 9/1/11
Claimants' briefing deadline: 9/15/11
Government's responsive brief: 10/3/11
Additional briefs: 10/11/11

**Ancillary Hearing: 10/18/11 @ 1:00 pm　S/LRS** (3 Hrs)

Mr. Goeke addressed the Court regarding Pro Se Claimant Richard Winter.

**[ ] ORDER FORTHCOMING**

| CONVENED: 9:30 AM | ADJOURNED: 9:50 AM | TIME: 20 MINUTES | CALENDARED [ ] |
|---|---|---|---|