1  James A. McDevitt
   United States Attorney
2  Eastern District of Washington
   James A. Goeke
3  Assistant United States Attorney
   Post Office Box 1494
4  Spokane, WA  99210-1494
   Telephone:  (509) 353-2767
5

6
                UNITED STATES DISTRICT COURT
7               EASTERN DISTRICT OF WASHINGTON

8  UNITED STATES OF AMERICA,        )   CR-09-0172-LRS-1
                                    )   CR-09-0172-LRS-2
9           Plaintiff,              )
                                    )
10     vs.                          )
                                    )
11                                  )
   CLINTON LEE HALBERT and          )   Notice of Hearing RE:  United
12 WRIGHT CHRISTOPHER HALBERT,      )   States' Motion Regarding the
                                    )   Stipulation for Forfeiture of
13          Defendants.             )   Substitute Res
                                    )
14                                  )   (without oral argument)
                                    )
15

16     NOTICE IS HEREBY GIVEN to all parties that the United States' Motion

17 Regarding the Stipulation for Forfeiture of Substitute Res filed herein, will be

18 brought on for hearing on February 17, 2012, at 6:30 p.m., in Yakima,

19 Washington, or as soon thereafter as the same may be heard.

20     DATED this 9th day of February, 2012.

21
                              James A. McDevitt
22                            United States Attorney

23                            s/James A. Goeke

24                            James A. Goeke
                              Assistant United States Attorney
25

26

27

28

Notice of Hearing - 1
Ntc of Hrng RE Sub Res Backhoe.wpd