PROB 12B
(7/93)

Report Date: June 22, 2012

# United States District Court

## for the

## Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

JUN 2 6 2012

JAMES R. LARSEN, CLERK
_____DEPUTY
YAKIMA, WASHINGTON

## Request for Modifying the Conditions or Term of Supervision
## with Consent of the Offender
*(Probation Form 49, Waiver of Hearing is Attached)*

Name of Offender: Clinton Lee Halbert                Case Number: 2:09CR00172-001

Name of Sentencing Judicial Officer: The Honorable Lonny R. Suko, U.S. District Judge

Date of Original Sentence: 2/8/2011                  Type of Supervision: Probation

Original Offense: Ct. 1: Conspiracy to Manufacture a   Date Supervision Commenced: 3/16/2012
Controlled Substance, 21 U.S.C. §§ 841(b)(1)(D), &
846; Ct. 2: Manufacture of Marijuana, 21 U.S.C. §
841(b)(1)(D)

Original Sentence: Probation - 54 Months             Date Supervision Expires: 9/15/2016

---

## PETITIONING THE COURT

To modify the conditions of supervision as follows:

19    You may complete a mental health evaluation and you shall allow reciprocal release of information between
      the supervising officer and treatment provider. You shall contribute to the cost of treatment according to
      your ability to pay.

## CAUSE

The defendant was sentenced, after downward variance, to 54 months probation on Counts 1 and 2, to run concurrently. He was also ordered to forfeit certain items including real property located in Stevens County, Washington. On May 2, 2012, the Court approved a Stipulation for Forfeiture of Substitute Res, in which, the defendant's wife stipulated to pay $42,500 by November 1, 2013, in order to keep the forfeited property. Payment of this financial obligation, as well as the past criminal proceedings in general, have generated a great amount of stress for the defendant. The defendant has identified that his physical and mental health are being negatively impacted by the level of stress he is encountering, and has discussed with the undersigned a desire to meet with a mental health professional to explore available treatment options.

Currently, the defendant is not ordered to participate in mental health treatment or to undergo a mental health evaluation as a condition of probation. Therefore, the undersigned is petitioning the Court to modify the defendant's conditions of probation as recommended above. It is noted, this petition is not being made because the defendant has violated his probation, nor as a sanction to manage noncompliant behavior. To date, the undersigned has no information indicating that the defendant has violated the terms and conditions of his probation. The intent for modification is to assist the defendant in addressing his current level of stress and mental health generally, in an attempt to contribute to the defendant's continued compliance and successful completion of probation. The

Prob 12B
**Re: Halbert, Clinton Lee**
June 22, 2012
Page 2

undersigned discussed with the defendant, and feels it is appropriate that he have the option to discontinue services at any time, as this is not a response to noncompliant behavior nor a sanction.

Should the defendant wish to participate in mental health treatment, if recommended by the treatment provider following the mental health evaluation, the undersigned will petition the Court for further modification of his conditions of probation to include mental health treatment at a later date.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: s/6/22/2012

s/Shane Moore

Shane Moore
U.S. Probation Officer

## THE COURT ORDERS

[ ] No Action
[ ] The Extension of Supervision as Noted Above
[X] The Modification of Conditions as Noted Above
[ ] Other

Signature of Judicial Officer

6/22/12
Date