PROB 12B
(7/93)

Report Date: September 10, 2012

# United States District Court

## for the

## Eastern District of Washington

### Request for Modifying the Conditions or Term of Supervision with Consent of the Offender
*(Probation Form 49, Waiver of Hearing is Attached)*

| | |
|---|---|
| Name of Offender: Clinton Lee Halbert | Case Number: 2:09CR00172-001 |
| Name of Sentencing Judicial Officer: The Honorable Lonny R. Suko, U.S. District Judge | |
| Date of Original Sentence: 2/8/2011 | Type of Supervision: Probation |
| Original Offense: Ct. 1: Conspiracy to Manufacture a Controlled Substance, 21 U.S.C. §§ 841(b)(1)(D), & 846; Ct. 2: Manufacture of Marijuana, 21 U.S.C. § 841(b)(1)(D) | Date Supervision Commenced: 3/16/2012 |
| Original Sentence: Probation - 54 Months | Date Supervision Expires: 9/15/2016 |

## PETITIONING THE COURT

To modify the conditions of supervision as follows:

20   You may participate in mental health treatment and you shall allow reciprocal release of information between the supervising officer and treatment provider. You shall contribute to the cost of treatment according to your ability to pay.

## CAUSE

On June 26, 2012, the Court modified the offender's conditions of probation to include a mental health assessment at the request of the probation office. On July 18, 2012, the offender completed the assessment. The treatment provider has recommended that Mr. Halbert participate in individual counseling to focus on coping skills related to stress management and relational problems.

Therefore, the undersigned officer is petitioning the Court to modify the offender's conditions of probation as recommended above. As previously noted, this petition is not being made because the offender has violated his probation, nor as a sanction to manage non-compliant behavior. To date, the undersigned officer has no information indicating that the offender has violated the terms and conditions of his probation. The intent for modification is to assist the offender in addressing his current level of stress and mental health generally, in an attempt to contribute to the offender's continued compliance and successful completion of probation. The undersigned officer discussed with the offender, and feels it is appropriate, that Mr. Halbert have the option to discontinue services at any time, as this is not a response to non-compliant behavior nor a sanction.

Prob 12B
Re: Halbert, Clinton Lee
September 10, 2012
Page 2

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: September 10, 2012

s/Shane Moore

Shane Moore
U.S. Probation Officer

## THE COURT ORDERS

[ ]  No Action
[ ]  The Extension of Supervision as Noted Above
[X]  The Modification of Conditions as Noted Above
[ ]  Other

Signature of Judicial Officer

9/10/12
Date

◆PROB 49
(3/89)

# United States District Court

### Eastern District of Washington

### Waiver of Hearing to Modify Conditions
### of Probation/Supervised Release or Extend Term of Supervision

      I have been advised and understand that I am entitled by law to a hearing and assistance of counsel before any unfavorable change may be made in my Conditions of Probation and Supervised Release or my period of supervision being extended. By "assistance of counsel," I understand that I have the right to be represented at the hearing by counsel of my own choosing if I am able to retain counsel. I also understand that I have the right to request the court to appoint counsel to represent me at such a hearing at no cost to myself if I am not able to retain counsel of my own choosing.

      I hereby voluntarily waive my statutory right to a hearing and to assistance of counsel. I also agree to following modification of my Conditions of Probation and Supervised Release or to the proposed extension of my term of supervision:

To modify the conditions of supervision as follows:

19  ~~You may complete a mental health evaluation~~ *Participate in mental health treatment* (SM) and you shall allow reciprocal release of information between the
20  supervising officer and treatment provider. You shall contribute to the cost of treatment according to your ability to pay.

Witness: _____/s/ Shane Moore_____     Signed: _____/s/ Clinton Lee Halbert_____
         Shane Moore                                                    Clinton Lee Halbert
     U.S. Probation Officer                             Probationer or Supervised Releasee

                                     September 7, 2012
                                          Date